# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE EDWIN MCMILLAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>RONALD SPITZER, *et al.,*<br><br>                    Defendants. | Case No. 2:10-cv-02163-GMN-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered December 15, 2010, regarding removal of this case to federal district court. On January 13, 2011, Defendant Spitzer filed a signed Statement (Dkt. #21) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., February 7, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 24th day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge