**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE EDWIN MCMILLAN,<br><br>     Plaintiff,<br><br>vs.<br><br>RONALD SPITZER, *et al.,*<br><br>     Defendants. | Case No. 2:10-cv-02163-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to file Electronically- Dkt. #35) |

This matter is before the court on Defendant Ronald Spitzer's E-Filing (Electronic) Request (Dkt. #35). Defendant requests the court allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Defendant Spitzer's Motion for Pro Se Litigant to File Electronically (Dkt. #35) is **GRANTED**. Defendant Spitzer must comply with the following procedures in order to activate his CM/ECF account:

  a. On or before **April 25, 2011**, Defendant Spitzer must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

  b. Defendant is not authorized to file electronically unless the certification is filed with the court within the time frame specified.

  c. Upon timely filing of the certification, Defendant Spitzer shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 25th day of March, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE